**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO._______________** |
| **v.** | : | **DATE FILED: _______________** |
| **SYMAIR CARSON-WILLIAMS a/k/a "Lil Meer"** | : | **VIOLATIONS:**<br>**18 U.S.C. § 371 (conspiracy - 1 count)**<br>**18 U.S.C. § 2119 (carjacking - 3 counts)**<br>**18 U.S.C. § 924(c) (using, carrying, and brandishing a firearm during and in relation to a crime of violence – 3 counts)**<br>**18 U.S.C. § 2 (aiding and abetting)**<br>**Notice of forfeiture** |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. Between in or about December of 2023 through in or about April of 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**SYMAIR CARSON-WILLIAMS**
**a/k/a "Lil Meer"**

conspired and agreed with others known and unknown to the grand jury to commit an offense against the United States, that is, to knowingly and unlawfully take or attempt to take with intent to cause death and serious bodily harm and through force and violence, and by intimidation, motor vehicles that had been transported, shipped, and received in interstate and foreign commerce, in violation of 18 U.S.C. § 2119.

**MANNER AND MEANS**

It was part of the conspiracy that:

1. Defendant SYMAIR CARSON-WILLIAMS and others known and unknown to the grand jury committed numerous carjackings in order to obtain cars for their own use, to facilitate other crimes, including additional carjackings, and to avoid detection from law enforcement.

2. Defendant SYMAIR CARSON-WILLIAMS and others known and unknown to the grand jury carried firearms and brandished them at victims while demanding vehicles.

3. Defendant SYMAIR CARSON-WILLIAMS and others known and unknown to the grand jury would usually arrive together at a victim's location in a vehicle, often one that they had previously carjacked or stolen.

4. Defendant SYMAIR CARSON-WILLIAMS and others known and unknown to the grand jury, often in pairs, would then get out of the car in which they arrived, point firearms at the victims, and demand their vehicles.

5. Defendant SYMAIR CARSON-WILLIAMS and others known and unknown to the grand jury would communicate with one another via cellular phone, text message, and messaging applications. These communications included warnings of police activity and discussions of the recently stolen and carjacked vehicles.

6. Defendant SYMAIR CARSON-WILLIAMS and others known and unknown to the grand jury would often leave the newly carjacked vehicle in a remote location for a period to determine if police were tracking the vehicle.

7. To further avoid detection from law enforcement, defendant SYMAIR CARSON-WILLIAMS and others known and unknown to the grand jury would often alter the

carjacked vehicles' appearances by adding window tints and changing out the carjacked vehicles' license plates for fraudulent temporary tags.

**OVERT ACTS**

In furtherance of the conspiracy and to accomplish its objects, defendant SYMAIR CARSON-WILLIAMS and others known and unknown to the grand jury committed the following overt acts, among others, in the Eastern District of Pennsylvania:

1. On or about January 26, 2024, defendant SYMAIR CARSON-WILLIAMS and others known and unknown to the Grand Jury, stole a blue 2019 Honda CR-V SUV, License Plate LZB-3045, VIN 7FARW2H9XKE022309, from a driveway on Lansing Street in Philadelphia.

2. On or about January 27, 2024, shortly before approximately 5:00 a.m., defendant SYMAIR CARSON-WILLIAMS and others known and unknown to the grand jury drove to the 5300 block of North 5th Street in Philadelphia, Pennsylvania in the blue Honda CR-V stolen from Lansing Street. After arriving on North 5th Street, they took with intent to cause death and serious bodily harm and through force and violence, and by intimidation, a 2011 BMW 328i, License Plate KTV-9513, VIN: WBAPH5C55BA446909, from R.G., a person known to the grand jury.

3. On or about January 27, 2024, at approximately 5:15 a.m., defendant SYMAIR CARSON-WILLIAMS and others known and unknown to the grand jury drove to the 3300 block of Shelmire Avenue in Philadelphia, Pennsylvania in the blue Honda CR-V stolen from Lansing Street. After arriving at Shelmire Avenue, they took with intent to cause death and serious bodily harm and through force and violence, and by intimidation, a gray 2013 Chevrolet

Equinox License Plate KZG-4747, VIN: 2GNALDEK5D6195059, from J.T., a person known to the grand jury.

4. On or about January 27, 2024, at approximately 5:45 a.m., defendant SYMAIR CARSON-WILLIAMS and others known and unknown to the grand jury drove to the 5700 block of Rising Sun Avenue in Philadelphia, Pennsylvania in a blue SUV. After arriving on Rising Sun Avenue, they took with intent to cause death and serious bodily harm and through force and violence, and by intimidation, a 2015 Honda Accord, License Plate: MFA-8454, VIN: 1HGCR2F33FA204487, from A.C.A., a person known to the grand jury.

5. On or about January 27, 2024, at approximately 5:26 p.m., A.D., a person known to the grand jury, texted defendant SYMAIR CARSON-WILLIAMS and others known and unknown to the grand jury a screenshot of a Citizen App alert titled "Police Pursuit of Carjacked Vehicle."

6. On or about January 30, 2024, defendant SYMAIR CARSON-WILLIAMS sent a text message to A.D., a person known to the grand jury, in which CARSON-WILLIAMS stated, "Let's go get some tint."

7. On or about April 5, 2024, defendant SYMAIR CARSON-WILLIAMS possessed a stolen Taurus G2C semiautomatic 9mm handgun.

All in violation of Title 18, United States Code, Section 371.

**COUNT TWO**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 27, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**SYMAIR CARSON-WILLIAMS,**
**a/k/a "Lil Meer,"**

and others known and unknown to the grand jury, with intent to cause death or serious bodily harm, took, and aided and abetted the taking of, from the person and presence of R.G., a person known to the grand jury, by force and violence, and by intimidation, a motor vehicle, that is, a 2011 BMW 328i, KTV-9513, VIN: WBAPH5C55BA446909, that had been transported, shipped and received in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 2119 and 2.

**COUNT THREE**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 27, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**SYMAIR CARSON-WILLIAMS,**
**a/k/a "Lil Meer,"**

and others known and unknown to the grand jury, knowingly used and carried, and aided and abetted the use and carrying of, a firearm, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, carjacking, and aiding and abetting, in violation of Title 18, United States Code, Sections 2119 and 2, as charged in Count Two of this Indictment, and that firearm was brandished.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

**COUNT FOUR**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 27, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**SYMAIR CARSON-WILLIAMS,**
**a/k/a "Lil Meer,"**

and others known and unknown to the grand jury, with intent to cause death or serious bodily harm, took, and aided and abetted the taking of, from the person and presence of J.T., a person known to the grand jury, by force and violence, and by intimidation, a motor vehicle, that is, a 2013 Chevrolet Equinox, KZG-4747, VIN: 2GNALDEK5D6195059, that had been transported, shipped and received in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 2119 and 2.

**COUNT FIVE**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 27, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**SYMAIR CARSON-WILLIAMS,**
**a/k/a "Lil Meer,"**

and others known and unknown to the grand jury, knowingly used and carried, and aided and abetted the use and carrying of, a firearm, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, carjacking, and aiding and abetting, in violation of Title 18, United States Code, Sections 2119 and 2, as charged in Count Four of this Indictment, and that firearm was brandished.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

**COUNT SIX**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 27, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**SYMAIR CARSON-WILLIAMS,**
**a/k/a "Lil Meer,"**

and others known and unknown to the grand jury, with intent to cause death or serious bodily harm, took, and aided and abetted the taking of, from the person and presence of A.C.A., a person known to the Grand Jury, by force and violence, and by intimidation, a motor vehicle, that is, a 2015 Honda Accord, License Plate: MFA-8454, VIN: 1HGCR2F33FA204487, that had been transported, shipped and received in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 2119 and 2.

**COUNT SEVEN**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 27, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**SYMAIR CARSON-WILLIAMS,**
**a/k/a "Lil Meer,"**

and others known and unknown to the grand jury, knowingly used and carried, and aided and abetted the use and carrying of, a firearm, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, carjacking, and aiding and abetting, in violation of Title 18, United States Code, Sections 2119 and 2, as charged in Count Six of this Indictment, and that firearm was brandished.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Section 924(c), as set forth in this Indictment, defendant

**SYMAIR CARSON-WILLIAMS,**
**a/k/a "Lil Meer,"**

shall forfeit to the United States of America the firearm and ammunition involved in the commission of such offenses, including a Taurus G2c 9mm semi-automatic pistol, bearing serial number ABK015520 and 13 live rounds of ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

/FOR

**JACQUELINE C. ROMERO**
**United States Attorney**

*No.*_ _ _ _ _ _ _ _ _ _ _

---

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

---

THE UNITED STATES OF AMERICA

vs.

**SYMAIR CARSON-WILLIAMS**
**a/k/a "Lil Meer"**

---

INDICTMENT

Counts
**18 U.S.C. § 371 (conspiracy - 1 count)**
**18 U.S.C. § 2119 (carjacking - 3 counts)**
**18 U.S.C. § 924(c) (using, carrying, and brandishing a firearm during and in relation to a crime of violence – 3 counts)**
**18 U.S.C. § 2 (aiding and abetting)**
**Notice of forfeiture**



---